**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1352**

STARSHA SEWELL,

        Plaintiff – Appellant,

    v.

FIDELITY NATIONAL FINANCIAL, in care of Chicago Title
Insurance Company, Milestone Title, LLC; CHICAGO TITLE
INSURANCE COMPANY; MILESTONE TITLE, LLC,

        Defendants - Appellees.

**No. 16-1354**

STARSHA SEWELL,

        Plaintiff – Appellant,

    v.

FIDELITY NATIONAL FINANCIAL, in care of Chicago Title
Insurance Company, Milestone Title, LLC,

        Defendant - Appellee.

Appeals from the United States District Court for the District
of Maryland, at Greenbelt.  Paul W. Grimm, District Judge.
(8:15-cv-03077-PWG; 8:15-cv-03392-PWG)

Submitted:  September 9, 2016      Decided:  September 13, 2016

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha Sewell, Appellant Pro Se. Michael William Tompkins, FIDELITY NATIONAL LAW GROUP, Vienna, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's orders dismissing these civil actions and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewell v. Fidelity Nat'l Financial, Inc., Nos. 8:15-cv-03077-PWG; 8:15-cv-03392-PWG (D. Md. Oct. 23 & Nov. 19, 2015; Jan. 5, Feb. 24, Mar. 22 & Mar. 24, 2016). The motions to strike the supplemental appendix and to seal are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED